**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**IN RE:**

**CIVIL INVESTIGATIVE DEMAND**                          **NO. 3:25-MC-3-DMB-JMV**
**NO. 2024-270**

**FINAL JUDGMENT**

In accordance with the order issued this date, this case is dismissed.

**SO ORDERED**, this 5th day of June, 2025.

/s/Debra M. Brown_____
**UNITED STATES DISTRICT JUDGE**